IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED,<br><br>                Plaintiff,<br><br>    v.<br><br>PAUL M. MIOLENE<br><br>                Defendant. | :<br>:<br>:<br>:    CIVIL ACTION<br>:<br>:    No. 3:06cv1603 (AWT)<br>:<br>:<br>:<br>:    February 16, 2007<br>:<br>: |

## NOTICE OF DISMISSAL

Plaintiff hereby notifies the Court that all claims in this action may be dismissed, without prejudice, pursuant to Fed.R.Civ.P. 41(a).

_[signature]_
Sarah W. Poston (ct19702)

Zeldes, Needle & Cooper, P.C.
1000 Lafayette Blvd.
P.O. Box 1740
Bridgeport, CT 06601
(203) 333-9441
Fax: (203) 333-1489
email: sposton@znclaw.com

Attorney for Plaintiff
Merrill, Lynch, Fenner & Smith Incorporated

## CERTIFICATE OF SERVICE

I hereby certify that on February 16, 2007 a Notice of Dismissal was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system, or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

_____
Sarah W. Poston (ct19702)

Zeldes, Needle & Cooper, P.C.
1000 Lafayette Blvd., Suite 500
Bridgeport, CT 06604
Tel: (203) 333-9441
Fax: (203) 333-1489
Email: sposton@znclaw.com

Attorney for Plaintiff